**B9A (Official Form 9A)** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07)    Case Number **10–13621–MWV**

## UNITED STATES BANKRUPTCY COURT
District of New Hampshire Live Database

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 8/24/10.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Mark F McKenna<br>23 Crane Crossing Road<br>Newton, NH 03858 | Lisa A McKenna<br>fka Lisa Earle, fka Lisa Record<br>23 Crane Crossing Road<br>Newton, NH 03858 |
| Case Number:<br>10–13621–MWV | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx–xx–0119<br>xxx–xx–9145 |
| Attorney for Debtor(s) (name and address):<br>Jeffrey A. Runge<br>Family Legal Services, PC<br>141 Airport Road<br>Concord, NH 03301<br>Telephone number:  (603) 225–9944 | Bankruptcy Trustee (name and address):<br>Victor W. Dahar<br>Trustee<br>Victor W. Dahar Professional Association<br>20 Merrimack Street<br>Manchester, NH 03101<br>Telephone number:  (603) 622–6595 |

### Meeting of Creditors

Date:  **September 21, 2010**                    Time:  **11:00 AM**
Location:  **1000 Elm Street, 7th Floor – Room 702, Manchester, NH 03101**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 11/22/10**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>1000 Elm Street<br>Suite 1001<br>Manchester, NH 03101–1708<br>Telephone number:  603–222–2600 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>George A. Vannah |
| Hours Open:  Monday – Friday 8:30 AM – 4:30 PM | Date:  8/24/10 |

## EXPLANATIONS

B9A (Official Form 9A) (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Trustee | The trustee named on the reverse side is the interim trustee appointed in this case by the U.S. Trustee to serve under the general blanket bond heretofore approved. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

Refer to Other Side for Important Deadlines and Notices

# CERTIFICATE OF NOTICE

```
District/off: 0102-1          User: admin              Page 1 of 1              Date Rcvd: Aug 24, 2010
Case: 10-13621                Form ID: B9A             Total Noticed: 21

The following entities were noticed by first class mail on Aug 26, 2010.
db/jdb       +Mark F McKenna,   Lisa A McKenna,   23 Crane Crossing Road,   Newton, NH 03858-3909
aty          +Jeffrey A. Runge,   Family Legal Services, PC,   141 Airport Road,   Concord, NH 03301-7300
smg          +State of New Hampshire,   Dept. of Employment Security,   Attn: Arnold Rocklin-Weare,
               32 South Main Street,   Concord, NH 03301-4857
smg           Wage and Hour Administrator,   NH Department of Labor,   P.O. Box 2076,   Concord, NH  03302-2076
2261452      +Bac Home Loans Servici,   450 American St,   Simi Valley, CA 93065-6285
2261457      +Chase Manhattan,   Attn: Bankruptcy Research Dept,   3415 Vision Dr,   Columbus, OH 43219-6009
2261463       Lowes,   PO Box 960010,   Orlando, FL 32896-0097
2261464      +Spiegel,   Attn: Bankruptcy,   Po Box 9428,   Hampton, VA 23670-0428

The following entities were noticed by electronic transmission on Aug 24, 2010.
tr           +EDI: QVWDAHAR.COM Aug 24 2010 15:38:00      Victor W. Dahar,    Trustee,
               Victor W. Dahar Professional Association,   20 Merrimack Street,   Manchester, NH 03101-2207
2261453      +EDI: BANKAMER.COM Aug 24 2010 15:38:00      Bank Of America,   4161 Piedmont Pkwy,
               Greensboro, NC 27410-8119
2261455       EDI: CHASE.COM Aug 24 2010 15:38:00       Chase,   P.O. Box 15153,   Wilmington, DE 19886-5153
2261454      +EDI: CHASE.COM Aug 24 2010 15:38:00       Chase,   Po Box 15298,   Wilmington, DE 19850-5298
2261456      +EDI: CAUT.COM Aug 24 2010 15:38:00        Chase Auto,   2000 Marcus Avenue,
               New Hyde Park, NY 11042-1036
2261458      +EDI: CITICORP.COM Aug 24 2010 15:38:00      Citibank Usa,   Attn.: Centralized Bankruptcy,
               Po Box 20363,   Kansas City, MO 64195-0363
2261459      +EDI: CITICORP.COM Aug 24 2010 15:38:00      Exxmblciti,   Attn.: Centralized Bankruptcy,
               Po Box 20507,   Kansas City, MO 64195-0507
2261461      +EDI: RMSC.COM Aug 24 2010 15:38:00        Gemb/Lowes,   PO Box 981416,   El Paso, TX 79998-1416
2261460      +EDI: RMSC.COM Aug 24 2010 15:38:00        Gemb/home Design-floor,   PO Box 981416,
               El Paso, TX 79998-1416
2261462      +EDI: RMSC.COM Aug 24 2010 15:38:00        Gemb/lowes Dc,   Attention: Bankruptcy,   Po Box 103104,
               Roswell, GA 30076-9104
2261465      +EDI: CITICORP.COM Aug 24 2010 15:38:00      Thd/cbsd,   P.O. Box 6497,
               Sioux Falls, SD 57117-6497
2261467      +EDI: CITICORP.COM Aug 24 2010 15:38:00      Unvl/Citi,   P.O. Box 6241,
               Sioux Falls, SD 57117-6241
2261466      +EDI: CITICORP.COM Aug 24 2010 15:38:00      Unvl/citi,   Attn.: Centralized Bankruptcy,
               Po Box 20507,   Kansas City, MO 64195-0507
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 26, 2010                Signature:    _Joseph Speetjens_